IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| SHANE L. BALES,<br><br>Plaintiff,<br><br>v.<br><br>RALPH N. SMITH, INC.,<br><br>Defendant. | NO. 4:11 – cv - 250<br><br><br><br>NOTICE OF REMOVAL |

TO: THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF IOWA, CENTRAL DIVISION

Defendant, Ralph N. Smith, Inc. ("Ralph N. Smith, Inc."), pursuant to 28 U.S.C. § 1446(a) and Fed.R.Civ.P. 81(c), respectfully files this Notice of Removal to the United States District Court for the Southern District of Iowa, Central Division, and in support thereof states as follows:

## I.     INTRODUCTION

**1.**     On or about May 6, 2011, plaintiff, Shane L. Bales, filed suit in the Polk County District Court, Polk County, Iowa under Case No. LACL 122167.  On or about May 10, 2011, the registered agent of Ralph N. Smith, Inc. was served with Plaintiff's Original Notice and Petition and Jury Demand, copies of which are attached as Exhibit A.  No process, pleadings or other documents have been served upon the moving defendant other than the attached Original Notice and Petition and Jury Demand.

## II.     NATURE OF THE SUIT

**2.**     In Plaintiff's Petition, Plaintiff alleges that he endured employment discrimination

in violation of the Americans with Disabilities Act and the ADA Amendments Act of 2008, 42 USC § 12101.  Specifically, Plaintiff alleges that Defendant's termination of the employment relationship constituted an act of discrimination under 42 USC § 12112.  In his Petition, Defendant seeks damages to compensate him for injuries he suffered, including compensation for past and present benefits, emotional distress, punitive damages, and costs and expenses.

### III. BASIS FOR REMOVAL

3. This Court has original jurisdiction over Plaintiff's suit, in that it is a civil action founded on a claim or right arising under the laws of the United States.  28 U.S.C. § 1331.  Therefore, this case may be removed to the Court pursuant to 28 U.S.C. § 1441(a).

4. Plaintiff's Petition complains of employment discrimination in violation of 42 U.S.C. § 12101, *et seq.*, commonly referred to as the Americans with Disabilities Act and the ADA Amendments Act of 2008.  Claims under 42 U.S.C. § 12101, *et seq.*, raise questions arising under the laws of the United States.  Therefore subject matter jurisdiction is appropriate in this Court.  *See Equal Employment Opportunity Commission v. Swift Transportation Co., Inc*, 76 F. Supp. 2d 1151, 1152 (D. Kan. 1999).

5. The time within which Ralph N. Smith, Inc. is required to file this Notice of Removal has not yet expired.  *See* 28 U.S.C. § 1446(b).

### IV. NOTICE OF REMOVAL IS PROCEDURALLY CORRECT

6. Ralph N. Smith, Inc.'s Notice of Removal is procedurally correct.  Ralph N. Smith, Inc. is the only served defendant in this lawsuit.

7. Ralph N. Smith, Inc. is filing concurrently herewith its Certification Pursuant to Local Rule 81.1, whereby Ralph N. Smith, Inc. is providing the Court with the information

required by Local Rule 81.1.

**8.** Venue is proper in this district under 28 U.S.C. § 1441(a) because this district and division embrace the place in which the removed action has been pending.

**9.** Defendant Ralph N. Smith, Inc. will promptly file a copy of this Notice of Removal with the Clerk of the state court in which the action has been pending.

WHEREFORE, Defendant, Ralph N. Smith, Inc., prays that this Court remove this matter from the Iowa District Court for Polk County to the United States District Court for the Southern District of Iowa, Central Division.

> */s/ James H. Gilliam*[1]
> James H. Gilliam AT0002882
>
> BROWN, WINICK, GRAVES, GROSS, BASKERVILLE AND SCHOENEBAUM, PLC
> 666 Grand Avenue, Suite 2000
> Des Moines, IA 50309-2510
> Telephone: (515) 242-2446
> Facsimile: (515) 323-8546
> E-mail: gilliam@brownwinick.com
>
> ATTORNEY FOR DEFENDANT

---

[1] This document has been signed electronically.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 31[th] day of May, 2011, the undersigned electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which, pursuant to Local Rule 5.3(k)(1), will send a notice of electronic filing to the following:

Benjamin G. Humphrey (AT0009977)
Hedberg & Boulton, P.C.
100 Court Avenue, Suite 425
Des Moines, IA  50309
Telephone:	(515) 288-4148
Facsimile:	(515) 288-4149
E-mail:  bhumphrey@hedberglaw.com

ATTORNEYS FOR PLAINTIFF		/s/ James H. Gilliam[2]

---

[2] This document has been signed, filed and served electronically.